No. 72–1519.   DUNLAVEY, DEPUTY CORRECTIONS DIRECTOR, ET AL. *v.* BERENGUER ET AL.   Appeal from D. C. Del.   Judgment vacated and case remanded with directions to dismiss case as moot.